No. 892. MARTÍNEZ v. THE PORTO RICO RAILWAY, LIGHT AND POWER COMPANY.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided October 16, 1912. Appeal dismissed on account of not having been filed within the required legal period. *Mr. Rafael López Landrón* for appellant. *Mr. J. Henri Brown* for respondent.

---

No. 468. THE PEOPLE v. TORRES.—Appeal from the District Court of San Juan, Section 2. Decided October 17, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 469. THE PEOPLE v. ALEJANDRO.—Appeal from the District Court of San Juan, Section 2. Decided October 18, 1912. Judgment affirmed. *Mr. Domingo M. Massari* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 472. THE PEOPLE v. NIEVES.—Appeal from the District Court of Arecibo. Decided October 21, 1912. Judgment affirmed. *Mr. Herminio Miranda* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 476. THE PEOPLE v. MONTALVO ET AL.—Appeal from the District Court of San Juan, Section 2. Decided October 21, 1912. Judgment appealed from affirmed. *Mr. Antonio Trujillo* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 477. THE PEOPLE v. RIVERA.—Appeal from the District Court of San Juan, Section 2. Decided October 22, 1912. Judgment affirmed. *Mr. José de J. Tizol* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.